UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>PETITION OF JILL LEPORE | Miscellaneous Action No. _____ |

**PETITION FOR ORDER DIRECTING RELEASE OF RECORDS OF 1971 BOSTON GRAND JURY INVESTIGATIONS OF THE PENTAGON PAPERS**

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law in Support of Petition for Order Directing Release of Records of 1971 Boston Grand Jury Investigations of the Pentagon Papers; upon the Declaration of Jill Lepore, including all the exhibits appended thereto; upon the Declarations of Surviving Boston Grand Jury Witnesses and Other Related Parties, including Noam Chomsky, Daniel Ellsberg, Richard Falk, Maurice "Mike" Gravel, Stewart E. Perry, Samuel L. Popkin, Leonard S. Rodberg, and Howard Webber; and upon the Declarations of Jessica Baker and Yahui "Ellis" Liang; Plaintiff Jill Lepore, by her attorney, Jonathan M. Albano, hereby petitions this Court for an Order directing release of the records of the 1971 Boston grand jury investigations pursuant to Federal Rule of Criminal Procedure 6(e)(3).

Dated: December 17, 2018
       Boston, Massachusetts

Respectfully submitted,

By:   */s/ Jonathan M. Albano*
      Jonathan M. Albano
      MORGAN, LEWIS & BOCKIUS LLP
      One Federal St.
      Boston, MA 02110
      Tel: (617) 951-8360
      Email:
      jonathan.albano@morganlewis.com

*Counsel for Petitioners*