## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PETITION OF<br>JILL LEPORE | No. |

## **DECLARATION OF NOAM CHOMSKY**

I, NOAM CHOMSKY, declare as follows:

1. I submit this declaration in support of the above-captioned petition to unseal the records of the federal grand juries convened in April and August 1971 in Boston to investigate the distribution of the Pentagon Papers.

2. In 1971, two FBI agents came to my home to question me about the leak of the Pentagon Papers and my connection with Daniel Ellsberg. Once the agents revealed the purpose of their visit, I declined to talk. Ellsberg and I were friends, and he had provided me with a copy of the Pentagon Papers. I was distributing the documents to different media outlets while Ellsberg hid underground after his name was revealed as the likely source of the leak.

3. After the FBI visit, I was subpoenaed to appear before the grand jury in Boston. However, due to prosecutorial error, the presiding judge, Judge Wendell Arthur Garrity, excused me from testifying.

4. I fully support the release of the grand jury records in this case as I believe they contain information that should be made available to the public.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 12, 2018, in Tucson, Arizona.

                                              */s/ Noam Chomsky*
                                              Noam Chomsky