**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re: Petition of Jill Lepore | ) ) ) ) ) ) )   No. 18-mc-91539-ADB |

**STATUS REPORT**

Pursuant to the Court's Order of February 22, 2019, Petitioner Professor Jill Lepore, by and through her undersigned counsel, respectfully submits this Status Report regarding service of the Petition on the United States Attorney's Office for the District of Massachusetts. Initially, Professor Lepore had been awaiting the Clerk's issuance of a formal mandate in order to effectuate service. However, over the course of the past several weeks, undersigned counsel has been discussing logistical issues related to service of the Petition with Annapurna Balakrishna, the Assistant United States Attorney for the District of Massachusetts assigned to the matter. AUSA Balakrishna has agreed to waive formal service and, on February 26, 2019, courtesy copies of all of the pleadings were provided to AUSA Balakrishna at her office.

In the course of the parties' discussions, the parties have agreed that, to the extent the Court is amenable to such request, the parties would respectfully ask the Court to enter a briefing schedule in this matter as follows:

| Deadline for the Government to oppose the Petition | May 31, 2019 |
|---|---|
| Deadline for Petitioner to file her response to the Government's opposition | June 28, 2019 |

Undersigned counsel and the parties wish to thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Noah J. Kaufman*
Jonathan M. Albano, BBO # 013850
jonathan.albano@morganlewis.com
Noah J. Kaufman, BBO # 678968
noah.kaufman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel. (617) 951-8000

Dated:  February 27, 2019

## CERTIFICATE OF SERVICE

I certify that on February 27, 2019, the foregoing document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Noah J. Kaufman*