# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JILL LEPORE,<br><br>       Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | Misc. Action No. 18-mc-91539-ADB |

### RESPONDENT'S ASSENTED-TO MOTION TO EXTEND ITS RESPONSE DEADLINE BY TWO WEEKS TO JUNE 14, 2019

Petitioners in this case seek to unseal the records of the Boston grand juries convened to investigate the Pentagon Papers in 1971. ECF No. 1; *see* ECF No. 3. The parties agreed that Respondent would have until May 31, 2019, to respond to the petition. *See* ECF No. 23. While Respondent is ready to respond to the petition, there are some issues that may be able to be resolved. For those reasons, Respondent respectfully requests a two-week extension of time, to **June 14, 2019**, to respond to the petition. The response will be filed sooner if possible.

Petitioner has assented to this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney


*/s/ Annapurna Balakrishna*
Annapurna Balakrishna, BBO # 655051
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel.:  617-748-3111
Email: annapurna.balakrishna@usdoj.gov

## CERTIFICATE OF SERVICE

I, Annapurna Balakrishna, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | */s/ Annapurna Balakrishna* |
|  | Annapurna Balakrishna |
| May 29, 2019 | Assistant U.S. Attorney |