# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSOR JILL LEPORE, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>*Respondent.* )<br>) | Case No. 1:18-mc-91539-ADB |

### PETITIONER'S ASSENTED-TO MOTION FOR AN EXTENSION
### OF TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS

On June 14, 2019, Respondent the United States of America filed a motion to dismiss the above-captioned matter. *See* ECF No. 30. Petitioner Professor Jill Lepore's opposition to the motion to dismiss is currently due on or before June 28, 2019. *See* LR 7.1(b)(2). Professor Lepore respectfully moves, with the assent of the Respondent, for a two-week extension of time, until **July 12, 2019**, to respond to the motion to dismiss.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Noah J. Kaufman*
Jonathan M. Albano, BBO No. 013850
Noah J. Kaufman, BBO No. 678968
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel. (617) 341-7700
jonathan.albano@morganlewis.com
noah.kaufman@morganlewis.com

*Counsel for Petitioner Professor Jill Lepore*

**CERTIFICATE OF SERVICE**

    I certify that on June 24, 2019, the foregoing document was filed using the Court's CM/ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                  */s/ Noah J. Kaufman*
                                                  Noah J. Kaufman

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

    I certify that counsel for Petitioner and Respondent conferred regarding the foregoing motion and Respondent has assented to the relief sought.

                                                  */s/ Noah J. Kaufman*
                                                  Noah J. Kaufman