UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JILL LEPORE )<br>      Petitioner, )<br>  v. )<br>                          )<br>UNITED STATES OF AMERICA, )<br>      Respondent. ) | Miscellaneous Action No. 18-mc-91539-ADB |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF**

The United States of America, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully seeks leave to file a seven-page reply to Petitioner's opposition to the government's motion to dismiss.

This case presents the question of whether the district court has the power to unseal grand jury records for reasons other than those articulated in Federal Rule of Criminal Procedure 6(e). This is an issue of first impression in the First Circuit. In her opposition, Petitioner made a textual argument regarding Rule 6(e)(2) that was recently rejected by the D.C. Circuit in a decision that was issued after Petitioner filed the petition and legal memorandum that started this case. Additionally, Petitioner has argued that Rule 6(e) was not meant to displace inherent power; this is a point for which the Eleventh Circuit recently sought briefing. The government also would like to address Petitioner's argument regarding the relevance of a proposed amendment to Rule 6(e) that was rejected in 2011.

The proposed reply is attached as Exhibit 1.

Respectfully submitted,

The United States of America

By its attorney,

ANDREW E. LELLING
United States Attorney
District of Massachusetts

By: */s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney
(617) 748-3111
annapurna.balakrishna@usdoj.gov

## Local Rule 7.1 Certification

I certify that I contacted Petitioner's counsel on July 17, 2019, regarding our intention to file a short reply brief. Petitioner did not object.

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney

## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on August 2, 2019.

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna