UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JILL LEPORE<br>       Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>       Respondent. | Misc. Action No. 18-mc-91539-ADB |

**RESPONDENT'S STATUS REPORT AND ASSENTED-TO MOTION FOR A ONE-WEEK EXTENSION OF TIME—TO APRIL 13, 2020—TO MOVE FOR A STAY**

Petitioners in this case seek to unseal the records of the Boston grand juries convened to investigate the Pentagon Papers in 1971.  ECF No. 1; *see* ECF No. 3.  On February 4, 2020, the Court, after partially granting and partially denying Respondent's motion to dismiss, ordered:

> The Government is ordered to propose redactions, if any, to transcripts and exhibits for those witnesses who submitted declarations in favor of release. The Government may also propose redacting or withholding transcripts and exhibits for those witnesses who are deceased if the Government can demonstrate a compelling need to maintain secrecy on behalf of their surviving families. . . . The Government will provide these proposed redactions and objections, if any, to the Court within sixty days. Given the importance of this issue, the Court will consider, upon the request of the Government, staying the execution of its final order pending appeal.

ECF No. 38.

Respondent has evaluated the materials, and redactions will not be required.  However, Respondent intends to move to stay execution of the final order pending appeal and seeks a one-week extension of time, to **April 13, 2020,** to file that motion.  Due to press of business and personal matters, undersigned counsel was not able to finish the motion by the due date of April 6, 2020.  Respondent additionally notes that the Eleventh Circuit on March 27, 2020, held that district courts do not have inherent authority to authorize disclosure of grand jury records outside

Rule 6(e)'s enumerated exceptions.  The decision is attached as Exhibit 1.  Because judgment has not yet entered in this matter, Respondent has not had the opportunity to file an appeal.

For those reasons, Respondent respectfully seeks permission to move to stay execution of the order pending appeal by **April 13, 2020.**  The response will be filed sooner if possible.

Petitioner has assented to this motion.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

    */s/ Annapurna Balakrishna*
    Annapurna Balakrishna, BBO # 655051
    Assistant United States Attorney
    One Courthouse Way, Suite 9200
    Boston, MA  02210
    Tel.:  617-748-3111
    Email: annapurna.balakrishna@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I certify that I conferred with counsel before filing this motion, and counsel assented to the relief requested.

    */s/ Annapurna Balakrishna*
    Annapurna Balakrishna
April 7, 2020    Assistant U.S. Attorney