# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JILL LEPORE

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Miscellaneous Action No. 18-mc-91539-ADB

## PETITIONER'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

Pursuant to Fed. R. Civ. P. 58 (a) and (d), Petitioner moves for entry of judgment. A proposed form of Judgment is attached hereto as Exhibit A. As grounds for its motion, Petitioner states as follows:

1. On February 4, 2020, the Court issued a Memorandum and Order (ECF No. 38) granting in part and denying in part Petitioner Professor Lepore's petition (ECF No. 1) and granting in part and denying in part the Government's motion to dismiss (ECF No. 30). The Memorandum and Order directed the government to:

> propose redactions, if any, to transcripts and exhibits for those witnesses who submitted declarations in favor of release. The Government may also propose redacting or withholding transcripts and exhibits for those witnesses who are deceased if the Government can demonstrate a compelling need to maintain secrecy on behalf of their surviving families. In addition, if the Government wants to object to the disclosure of any other documents, aside from those identified supra, the Government will submit a sealed, ex parte description of each document it objects to releasing and the reasons for its objections, including the objections of any individuals mentioned in the records.

(ECF. No. 38.)

2. The Court required the Government to provide its proposed redactions and objections, if any, within sixty days of the Memorandum and Order. *Id.* The Court further indicated that it would "consider, upon the request of the Government, staying the execution of its final order pending appeal." *Id.*

3. On April 13, 2020, the Government informed the Court that it would not propose withholding or redacting documents (ECF Nos. 39 and 41) and moved to stay the execution of this Court's order pending appeal. (ECF No. 41.)

4. On April 14, 2020, the Court granted the Government's motion and "stay[ed] execution of its February 4, 2020, order . . . until 60 days has elapsed after the entry of judgment without an appeal or until the First Circuit resolves any appeal in this case." (ECF No. 43.)

5. Petitioner therefore moves for entry of judgment in the form attached hereto as Exhibit A. *See* Fed. R. Civ. P. 58(a) ("Every judgment and amended judgment must be set out in a separate document[.]"); Fed. R. Civ. P. 58(d) ("A party may request that judgment be set out in a separate document as required by Rule 58(a)."). The Government does not oppose the relief requested.

## LOCAL RULE 7.1 CERTIFICATION

I certify that I conferred with counsel for the Government before filing this motion and the Government does not oppose the relief sought.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Petitioner's Unopposed Motion for Entry of Judgment was served on all parties through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 22, 2020

Respectfully submitted,

| /s/ *Charles Crain* | /s/ *Jonathan M. Albano* |
|---|---|
| Charles Crain, *pro hac vice* | Jonathan M. Albano |
| Media Freedom & Information Access Clinic | Noah J. Kaufman |
| Abrams Institute | Morgan, Lewis & Bockius LLP |
| Yale Law School | One Federal Street |
| P.O. Box 208215 | Boston, MA 02110 |
| New Haven, CT 06520 | Phone: (617) 341-7700 |
| Phone: (203) 436-5824 | jonathan.albano@morganlewis.com |
| charles.crain@ylsclinics.org | noah.kaufman@morganlewis.com |