# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jill Lepore,<br>             Petitioner,<br><br>v.<br><br>United States of America,<br>             Respondent. | Civil Action No. 18-mc-91539-ADB |

## [PROPOSED] JUDGMENT

This matter came before the Court and, upon due consideration of the submissions of the Petitioner, judgment shall enter as follows:

Within sixty (60) days of the date of this Order, the Government shall either file a notice of appeal or provide the records identified in the Court's February 4, 2020 Memorandum and Order (ECF No. 38) to the Petitioner.

**SO ORDERED.**


_____                                    _____
Date                                                                             ALLISON D. BURROUGHS
                                                                                    U.S. DISTRICT JUDGE