UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JILL LEPORE,<br>  Petitioner | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 19-mc-91539-ADB |
| UNITED STATES OF AMERICA,<br>  Respondent | )<br>)<br>) | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America (the respondent in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Burroughs, J.) June 23, 2020, Order of Judgment (Dkt. No. 45).

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s *Annapurna Balakrishna*
Annapurna Balakrishna
Assistant U.S. Attorney
annapurna.balakrishna@usdoj.gov

Certificate of Service

I hereby certify that on August 21, 2020, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Annapurna Balakrishna*
Annapurna Balakrishna
Assistant U.S. Attorney